KIDWELL, J., Pro Tern,
dissenting.
The conviction as found by the jury is not arbitrary or outside reasonable bounds, therefore I respectfully dissent.
There was substantial evidence, as the majority notes, that the defendant caused the penetration of S.S.’s vagina by use of a foreign object. The question of force was considered by the jury and I am unable to find that the jury did not have enough evidence to interpret the facts presented as they did. The penetration occurred while S.S. was asleep and therefore no consent exists. *518 Whether the force was slight or severe or did not exist was a question of fact decided by the district court. The statute requires a finding of force. Perhaps the jury was too harsh but that is not the province of this court in my opinion.
The majority opinion is reasonable, but the force issue seems to be mis-analyzed. The jury verdict should be affirmed.